The Law Office of
**Treyvus & Konoski, P.C.**
**Attorneys and Counselors at Law**
305 Broadway, 14th Floor
New York, NY 10007
(212) 897-5832
Fax: (718) 668-1094

November 1, 2019

ATTN: JUDGE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT
40 Foley Square
New York, NY 10007

Re: USA v. Johnson, 16-CR-00281 (Defendant: Donnell Murray)

Dear Judge Gardephe:

After consulting with Mr. Murray prior to sentencing, I am submitting the following additional objections to the PSR.

1. Objection to Paragraph 28 alleging Mr. Murray's involvement of an assault against Prince Wareham. The defense objects to the Court considering this assault on the basis that there was insufficient corroboration of this incident introduced into evidence at trial. Other than the testimony of Mr. Jones, there was no additional proof and evidence introduced at trial that corroborated this assault. There was no evidence of a 911 call, nor any evidence of police intervention, police action, nor any evidence of bullet casings or any other physical evidence introduced at trial.

2. Objection to Paragraph 105, which alleges that Mr. Murray was arrested on May 9, 2005, for Murder and other related charges. Attached to this letter please find a copy of an arrest report for this charge, which was provided to the defense by the Government. However, Mr. Murray contests the fact that he was ever arrested for Murder or that he was ever accused of being involved in any Murder. For this reason, I must object to the Court considering this arrest.[1]

Sincerely,

BRYAN KONOSKI

[1] As indicated in the sentencing submission, the defense objected to the Court considering any of Mr. Murray's past arrests, which did not result in a conviction.



# New York City Police Department
## Omniform System - Arrests

RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED** | **Arrest ID: B05630925 - M**

**Arrest Location: INSIDE OF 4111 LACONIA AVENUE** | **Pct: 047**

**Arrest Date: 05-09-2005** Processing Type: ON LINE
**Time: 22:15:00** DCJS Fax Number: BO025077
Sector: F Special Event Code: -
Strip Search Conducted: DAT Number: 0
Viper Initiated Arrest:
Stop And Frisk: NO Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:** | Arrest #: B05630925

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2005-047-03904 | 2005-04-24 | Valid, No Arrests | 2005-04-24 | 02:15 |

SEALED | SEALED

**CHARGES:** | Arrest #: B05630925

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | Yes | PL 125.25 01 | F | A | 1 | MURDER 2ND: INTENTIONAL |
| #02 | No | PL 120.10 01 | F | B | 1 | ASLT W/INT CAUS SER INJ W/WEAP |
| #03 | No | PL 265.09 01 | F | B | 1 | CRIMINAL USE FIREAREM 1ST DEG |
| #04 | No | PL 265.01 02 | M | A | 1 | CRIM POSS WEAP-4TH:INT TO USE |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED | SEALED

**DETAILS:** | Arrest #: B05630925

AT T.P.O. DEFD. DID SHOOT WITH HANDGUN C/V IN STOMACH CAUSING SEVERE PAIN.

SEALED | SEALED

***DEFENDANT:* MURRAY, DONNELL** | NYSID #: 08105216R | Arrest #: B05630925

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age: 25
Date Of Birth: 08/28/1979
U.S. Citizen: YES
Place Of Birth: USA
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 5FT 10IN
Weight: 210
Eye Color: BROWN
Hair Color: BROWN
Hair Length: SHORT
Hair Style: CLOSE CUT
Skin Tone: DARK
Complexion: CLEAR
Soc.Security #: 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

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: FRIEND/ACQUAINTANCE
Living together: NO
Can be Identified: YES

DM_0068

Occupation: UNKNOWN
Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Lic/Permit Type:
Drug Used: NONE
Lic/Permit No:

Gang/Crew Affiliation: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 4216 DIGNEY AVENUE | BRONX | NEW YORK | 10466 | PH | 047 |

Phone # and E-Mail Address: HOME: 718-994-2329 CELL: 718-994-3730

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty:
Development: N.Y.C. Transit Employee: NO

Physical Force: USED

Gun: HANDGUN
Weapon Used/Possessed: USED/DISPLAYED
Non-Firearm Weapon:
Other Weapon Description:
Make:
Color:
Caliber: UNKNOWN
Type:
Discharged: YES
Recovered:
Serial Number Defaced:
Serial Number:

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | FIRED SHOT ACROSS STREET AT MOVING VEH. |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | FOOTWEAR - UNK - BLACK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

SEALED | SEALED

JUVENILE DATA: Arrest #: B05630925

Juvenile Offender: Relative Notified: Personal Recog:
Number Of Priors: 0 Name:
School Attending: Phone Called:
Mother's Maiden Name: Time Notified:

SEALED | SEALED

ASSOCIATED ARRESTS: Arrest #: B05630925

ARREST ID COMPLAINT #

SEALED | SEALED

No Vehicles for Arrest #

| SEALED | SEALED |
|---|---|

| DEFENDANTS CALLS: | Arrest #: B05630925 |
|---|---|

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | REFUSED | | | |

| SEALED | SEALED |
|---|---|

| INVOICES: | Arrest #: B05630925 |
|---|---|

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

| SEALED | SEALED |
|---|---|

**ARRESTING OFFICER: DT3 ANTHONY J SANTORO** Arrest #: B05630925

Tax Number: [redacted]
Other ID (non-NYPD): [redacted]
Shield: 6345
Department: NYPD
Command: 270

On Duty: YES
In Uniform: NO
Squad: DE
Chart: 08
Primary Assignment:

**Force Used:** NO
Type:
Reason:
Officer Injured: NO

| SEALED | SEALED |
|---|---|

| Name | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name: DT3 SANTORO, ANTHONY J | [redacted] | 270 | NYPD |
| Supervisor Approving: SGT BURNS | [redacted] | 270 | NYPD |
| Report Entered by: DT3 SANTORO | [redacted] | 270 | NYPD |

END OF ARREST REPORT
B05630925

DM_0070