UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DONNELL MURRAY,

              Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On August 29, 2024, Defendant Donnell Murray moved to reduce his sentence under an amendment to Section 4A1.1 of the Sentencing Guidelines ("Amendment 821"). (Dkt. No. 1150)

        The Government is directed to respond to Murray's application by **October 28, 2024**, and the Defendant will file any reply by **November 25, 2024**.

        Elizabeth E. Macedonio is appointed to represent Defendant, pursuant to the Criminal Justice Act. All communications to the Court should come through counsel.

Dated: New York, New York
       October 3, 2024

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge